**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01497-STV

ISAAC ZACARIAS VICENTE VICENTE,

      Petitioner,

v.

ROBERT HAGAN; *et al,*

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered by United States Chief Magistrate Judge Scott T. Varholak on June 30, 2026, it is

ORDERED that the [1] Petition is DENIED as moot.

DATED at Denver, Colorado, this 30th day of June, 2026.

> FOR THE COURT:
> Jeffrey P. Colwell, Clerk
>
>  s/S. Chaplin
> Deputy Clerk